UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER R HORCH,
Plaintiff,

-against-

TRINITY CONSULTANTS, INC.,
Defendant.

26-CV-07363 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Defendant's letter request to redact (ECF 24) ECF 1-1, 1-3, 14, and 15, by substituting those documents with ECF 24-1, 24-2, 24-3, and 24-4, is GRANTED.

The proposed redactions are limited to sensitive information concerning (a) the total value of the transaction; (b) the respective ownership interests of non-parties; (c) the consideration Plaintiff received in connection with the transaction, and (d) the severance payment amount in a proposed separation agreement. Courts in this district regularly allow redaction of sensitive business information. *In re B&C KB Holding GmbH, No. 22-MC-180 (LAK) (VF)*, 2023 WL 2021299, at *1 (S.D.N.Y. Feb. 14, 2023). Additionally, the proposed redactions leave in place the information relevant to the pending action. *United States v. Amodeo*, 71 F.3d 1044, 1050 (2d Cir. 1995) (explaining that information unrelated to the pending dispute has a low presumption of public access). Although the information has been publicly available on the docket, that does not foreclose its redaction now. *See e.g.*, *Adeia Inc. v. DirecTV, LLC*, No. 1:26-cv-00238, 2026 WL 2983596, at *4 (S.D.N.Y. Oct. 5, 2026) (permitting certain redactions to an order from over two months prior, even after the order was briefly published on Westlaw and Lexis).

The following ECF numbers will become the operative public filing:

- ECF 24-1 (in lieu of ECF 1-1, Exhibit 1 to Compl.);
- ECF 24-2 (in lieu of ECF 1-3, Exhibit 3 to Compl.);
- ECF 24-3 (in lieu of ECF 14, Declaration of Anthony Montalto); and
- ECF 24-4 (in lieu of ECF 15, Memorandum of Law in Opposition re: Motion for Preliminary Injunction).

Accordingly, the Clerk of Court is respectfully requested to seal the following ECF numbers with access only to case participants and court personnel:

- ECF 1-1, Exhibit 1 to Compl.;
- ECF 1-3, Exhibit 3 to Compl.;
- ECF 14, Declaration of Anthony Montalto; and
- ECF 15, Memorandum of Law in Opposition re: Motion for Preliminary Injunction.

DATED: October 26, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**